# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and Rushmore Loan Management Services, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>16 A06543-7 |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Rushmore Loan Management Services, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff, whose name, address, and phone numbers are:

Benjamin Licona
1013 LEXUS DRIVE LAWRENCEVILLE, GEORGIA [30045]
PHONE NUMBER 678-760-4527

an answer to your complaint, which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 29 Day of June, 2016

RICHARD T. ALEXANDER, JR., CLERK

Clerk of Superior Court

By: _____
Deputy Clerk

Page 1 of 1

**EXHIBIT A**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA, <br><br> Plaintiff, <br><br> v. <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and Rushmore Loan Management Services, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> **16 A06543-7** |

### SUMMONS

TO THE ABOVE NAMED DEFENDANTS: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff, whose name, address, and phone numbers are:

Benjamin Licona
1013 LEXUS DRIVE LAWRENCEVILLE, GEORGIA [30045]
PHONE NUMBER 678-760-4527

an answer to your complaint, which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 29 Day of June, 2016

RICHARD T. ALEXANDER JR. CLERK
Clerk of Superior Court

By: _[signature]_
Deputy Clerk

Page 1 of 1

COPY

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 16 A06543-7 |
| v. ) | |
| ) | |
| Wilmington Savings Fund Society, FSB, d/b/a ) | |
| Christiana Trust, not individually but as ) | |
| trustee for Pretium Mortgage Acquisition Trust ) | |
| and Rushmore Loan Management Services, LLC, ) | |
| ) | |
| Defendants. ) | |

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA.
2016 JUN 29 PM 3:44
RICHARD ALEXANDER, CLERK

## LIS PENDENS

Notice is given that this action is filed in the Superior Court named above on June 29nd, 2016 by **BENJAMIN LICONA**, Plaintiff. The object of the action is to determine if Defendant is on compliance with Consumer Financial Protection Bureau (CFPB) regulations for loss mitigation applications for first or second trust closed-end loans submitted on or after January 10, 2014.

The real property affected by this action is located at **1013 LEXUS DR, LAWRENCEVILLE GA. 30045 GWINNETT COUNTY**, and more particularly described as follows:

"All that tract or parcel of land lying and being in Land Lot 246 of the 5th District, Gwinnett County, Georgia, being Lot 13, Block C, Creekside Estates, Unit Three, as per plat recorded in Plat Book 97, pages 82-84, Gwinnett County records, said plat being incorporated herein by reference thereto."

RESPECTFULLY SUBMITTED this 29th day of June, 2016

By: *[signature]*
Benjamin Licona,
1013 LEXUS DRIVE,
LAWRENCEVILLE, GEORGIA [30045]

Page 1 of 1

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 16-A-06543-7 |
| v. ) | |
| ) | |
| Wilmington Savings Fund Society, FSB, d/b/a ) | |
| Christiana Trust, not individually but as ) | |
| trustee for Pretium Mortgage Acquisition Trust ) | |
| and Rushmore Loan Management Services, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND FOR AN INTERLOCUTORY INJUNCTION

In accordance with O.C.G.A § 9-11-65(B), the named Petitioner applies, *ex parte*, for a temporary restraining order and an interlocutory injunction against the named Respondent pending the final determination of this action.

Petitioner shows that immediate and irreparable injury, loss, or damage will result to Petitioner before Respondent or its/his/her/their counsel can be heard in opposition, as shown, in the verified complaint contemporaneously herewith. The actions sought to enjoined are set forth as follows:

1. Public auction of Petitioner's Home;
2. Issuance of Deed Under Power of Sale; or,
3. Encumbrance of the Home;
4. Any steps towards securing possession of the Home.

Incorporated by this reference as Attachment "A" is a certificate showing the efforts that have been made to give notice to Respondent or its/his/her/their counsel and the reasons that

additional notice or delay should not be required.

The grounds for the application for an interlocutory injunction that without relief requested Petitioner will suffer imminent or immediate and irreparable injury, loss, or damage, any legal remedy would be inadequate, and the status quo would not be maintained pending the final determination of this action.

WHEREFORE, Petitioner respectfully prays for a hearing at the Court's earliest pleasure on this application, and that, after that, after considering the evidence and argument, this Honorable Court forthwith issue a temporary restraining order, and set down a hearing on the application for an interlocutory injunction within 30 days of the issuance of the temporary restraining order.

RESPECTFULLY SUBMITTED this 29th day of June, 2016

By: /s/ Benjamin Licona
Benjamin Licona,
1013 LEXUS DRIVE,
LAWRENCEVILLE, GEORGIA [30045]
PHONE 678-760-4527

# Attachment "A"

## Certificate of Service

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA, | ) CIVIL ACTION FILE NO. |
| Plaintiff, | ) 16 A 06543-7 |
| v. | ) |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and Rushmore Loan Management Services, LLC, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF
## VERIFIED CIVIL ACTION AND LIS PENDENS

This is to certify that I have this day served all opposing counsel and / or opposing party(ies), pro se, with a true and accurate copy of the attached document(s), to wit:

1- Motion for an Ex Parte Temporary Restraining Order and For an Interlocutory Injunction.
2- Verified Complaint For Declaratory Judgment.
3- Lis Pendens

By one or more of the following methods:

___ Via Facsimile to the following numbers:

- Rushmore Loan Management Services  FAX: 949-341-2200 / 949-341-2238
- Rushmore Loan Management Services Compliance Department FAX # 949-453-0419
- McCalla Raymer, LLP FAX # 866-3454181
- **Consumer Financial Protection Bureau** Fax: 855-237-2392
- **Sam Olens Attorney General of Georgia** Fax: 404-656-0677

___ Placing same in an envelope and depositing same in the U.S Mail proper postage prepaid on:

- McCalla Raymer, LLC 1544 Old Alabama Road Roswell, Georgia 30076
- Rushmore Loan Management Services, LLC / 40 TECHNOLOGY PARKWAY SOUTHSUITE 300, Ben Hill, NORCROSS, GA, 30092, USA

RESPECTFULLY SUBMITTED this 29th day of June, 2016

By: /s/ Benjamin Licona
Benjamin Licona,
1013 LEXUS DRIVE,
LAWRENCEVILLE, GEORGIA [30045]

Page 1 of 2

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **BENJAMIN LICONA,** ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 16-A-06543-7 |
| v. ) | |
| ) | |
| Wilmington Savings Fund Society, FSB, d/b/a ) | |
| Christiana Trust, not individually but as ) | |
| trustee for Pretium Mortgage Acquisition Trust ) | |
| and Rushmore Loan Management Services, LLC, ) | |
| ) | |
| **Defendants.** ) | |

## VERIFICATION

Personally appeared before the undersigned officer duly authorized by law to administer oaths, who after being duly sworn, deposes and states under oath as follows:

1. Affiant is over the age of 21 and otherwise competent to testify in court.
2. Affiant has read the complaint.
3. Each fact or opinion in the Complaint is true, accurate, within Affiant's personal knowledge and Affiant can testify in court as to the facts or opinions set forth, unless the fact or opinion is qualified as being – "on information or belief" – in which case the fact or opinion is true to the best of Affiant's knowledge, information, and belief formed after reasonable inquiry.

_____
BENJAMIN LICONA

Sworn to and subscribed before me
on this 29th day of June, 2016.

_____, Notary Public
State of Georgia,      County
My Commission expires:

PAULA JARAMILLO
NOTARY PUBLIC
Dekalb County
State of Georgia
My Comm. Expires October 24, 2016

Page 1 of 1

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 16A06542-7 |
| ) | |
| Rushmore Loan Management Services, LLC ) | |
| & Wilmington Savings Fund Society, FSB, ) | |
| D/B/A Christiana Trust, not individually but ) | |
| as Trustee For Pretium Mortgage, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above-styled matter is hereby set for a Hearing as Petitioner's Motion for Temporary Restraining Order and Interlocutory Injunction before the Honorable Judge _____, on the _____ day of _____, 2015 at _____ in Courtroom _____ of the GWINNETT Superior Court Building.

So ordered this _____ day of _____ 2015.

_____
Judge
Superior Court of
GWINNETT County
State of Georgia

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BENJAMIN LICONA,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as<br>trustee for Pretium Mortgage Acquisition Trust<br>and Rushmore Loan Management Services, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>16A06543-7 |

## VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT
## ON REAL STATE PROPERTY

Comes now Benjamin Licona (the "Plaintiff"), in the above styled civil action by pro se, and files this VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT ON REAL STATE PROPERTY (the "Complaint") against Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (the "Defendant 1") and Rushmore Loan Management Services, LLC, (the "Defendant 2") respectfully showing this Honorable Court as follows:

1.

Defendant 1 may be served with Summons and the Complaint at its Registered Agent in the State of Georgia CORPORATION SERVICE COMPANY with Physical Address at 40 TECHNOLOGY PARKWAY SOUTHSUITE 300, Ben Hill, NORCROSS, GA, 30092, USA. Defendant 2 may be served with Summons and the Complaint at its Attorney in fact in the State of

Georgia McCalla Raymer, LLC with Physical Address at 1544 Old Alabama Road Roswell, Georgia 30076, USA. Defendant 1 and 2 are subject to the jurisdiction of this Court and venue is proper herein pursuant to Georgia Constitution Article 6, Section 2, Paragraph 6.

## THE PROPERTY

2.

Plaintiff re-alleges and incorporates by reference the foregoing paragraph 1 of the Complaint as if fully restated herein.

3.

The real property that is the subject matter of the above - styled civil action is commonly known as 1013 LEXUS DR, LAWRENCEVILLE GA. 30045 Gwinnett County (the "Property"), and is more particularly described as follows:

> "All that tract or parcel of land lying and being in Land Lot 246 of the 5th District, Gwinnett County, Georgia, being Lot 13, Block C, Creekside Estates, Unit Three, as per plat recorded in Plat Book 97, pages 82-84, Gwinnett County records, said plat being incorporated herein by reference thereto."
> (the "Property").

## FACTS

4.

Plaintiff re-alleges and incorporates by reference the foregoing paragraphs 1 through 3 of the Complaint as if fully restated herein.

5.

Plaintiff executed a Security Deed to Chase Manhattan Mortgage Corporation, dated November 23, 2004, recorded in Deed Book 40943, Page 215, Gwinnett County, Georgia Records, as last transferred to Defendant 1 Trust by assignment recorded in Deed Book 53339, Page 163, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of ONE HUNDRED NINETY-FOUR THOUSAND EIGHT HUNDRED EIGHTY-ONE AND 0/100 DOLLARS ($194,881.00) with a Rushmore LOAN # 7600037756.

6.

Defendants under and by virtue of the Power of Sale contained in mentioned Security Deed in Paragraph 4 there will be sold at public outcry to the highest bidder for cash before the courthouse door of Gwinnett County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday in July, 2016, the Property.

7.

Defendants are duly appointed agent and attorney in fact for the Plaintiff. Defendants by conducting Foreclosing proceedings on Plaintiff's property without exhausting all loss mitigation remedies available and not following Federal or State Loss Mitigation regulations in order to avoid foreclosure on Plaintiff's property has breached Fiduciary Duties per Georgia Code § 11-3-307.

## DECLARATORY JUDGMENT

8.

Plaintiff re-alleges and incorporates by reference the foregoing paragraphs 1 through 8 of the Complaint as if fully restated herein.

9.

This claim is an action for declaratory judgment brought pursuant to the provisions of O.C.G.A. § 9-4-1 et seq.

10.

An actual controversy exists in this case with regard to obligations not meet by the Defendants.

11.

Plaintiff seeks a declaration of rights, including that Defendants have breached Fiduciary Duties per Georgia Code § 11-3-307 because Defendants are duly appointed agent and attorney in fact for the Plaintiff and by conducting foreclosure proceedings on Plaintiff's property without exhausting all loss mitigation remedies available and not following Federal or State Loss Mitigation regulations and not complying with Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e) and pursuant to Consumer Financial Protection Bureau (CFPB) mortgage servicing rules issued on

January 17, 2013, with an effective date of January 10, 2014. Those rules implemented Dodd-Frank Act amendments to RESPA that added the new procedural standards and errors relating to the servicing of a mortgage loan that includes loss mitigations options that enable borrowers to retain their home. If the borrower is denied for any of the loss mitigation options offered, the servicer must provide an explanation of the reasons for denying the borrower for any loan modification option along with any inputs used to make a Net Present Value (NPV) calculation; to the extent such inputs were the basis for the denial. This notice must also inform the borrower's right to appeal the loan modification denial decision, as well as the procedures to follow and deadlines for doing so as required as Failure to provide accurate information to a borrower regarding loss mitigation options and foreclosure, as required by 12 C.F.R.§ 1024.39. and § 1024.41(f), (g), or (j).

12.

Plaintiff seeks a declaration of rights, including (a) Defendants are required to evaluate Plaintiff for available loss mitigation options, (b) Defendants are required to meet certain requirements prior to initiate any foreclosure action against Plaintiff, and (c) stop any foreclosure proceedings.

WHEREFORE, Plaintiff prays that this Court will:

(A) Declare that Defendants are required to evaluate Plaintiff for available loss mitigation options; and,
(B) Declare that Defendants are required to meet certain requirements prior to initiate any foreclosure action against Plaintiff; and,
(C) Declare that any foreclosure proceedings are invalid; and,
(D) Declare that Defendants have breached Fiduciary Duties per Georgia Code § 11-3-307; and
(E) Grant any such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 29th day of June, 2016

By: _____
Benjamin Licona,
1013 LEXUS DRIVE,
LAWRENCEVILLE, GEORGIA [30045]
PHONE 678-760-4527

**'16 A06543-7**

Civil Action No. _____

Date Filed 06/29/16

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, **Gwinnett County**

Attorney's Address

BENJAMIN LAGOZA
Plaintiff

vs.

WILMINGTON Savings FSB/D Society
dba Christiana Trust as Trustee
for Ventium mortgage Acquisition Trust
Defendant

Name and Address of party to be served.
RUSHMORE LOAN Mngt. Services
40 Technology Pkwy South
Ste. 300
Norcross, GA 30092

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ — I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒ — Served the defendant Rushmore Loan Mgmt. Services a corporation by leaving a copy of the within action and summons with Alisha Smith, RA. in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ — Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 1 day of July, 20 16.

_____ Deputy
5d533
Sheriff Docket _____ Page _____
Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| BENJAMIN LICONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 16-A-06543-7 |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| FSB, d/b/a CHRISTIANA TRUST, not | ) | |
| individually but as trustee for Pretium Mortgage | ) | |
| Acquisition Trust and Rushmore Loan | ) | |
| Management Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

Date: August 2, 2016        Time: 1:30 pm        Courtroom: 1F

Temporary Injunction Hearing

The above motion having been filed in the above-styled action, and same having been read and considered, said hearing is set for argument at the Gwinnett Justice and Administration Center, 75 Langley Drive, Georgia at the date, time and courtroom stated above.

SO ORDERED, this 1st day of July, 2016.

_Melodie Snell Conner_
Honorable Melodie Snell Conner, Chief Judge
Gwinnett Superior Court

cc: Benjamin Licona
    Defendant to be served by Plaintiff